IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01498-RPM

MELISSA POLICH,

    Plaintiff,

v.

SPIVACK VISION CENTER,
DR. LAWRENCE SPIVACK and
REBECCA RUDOLPH,

    Defendants.

_____

### ORDER OF DISMISSAL
_____

Pursuant to Plaintiff's Response to Defendants' Motion to Dismiss and Motion for Leave to Withdraw Complaint without Prejudice, filed on September 27, 2005, it is

ORDERED that the complaint is dismissed without prejudice.

DATED: September 28, 2005

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge